**Wallace BAER, Appellant,**

v.

**ALYESKA EAST CONDOMINIUM ASSOCIATION, Appellee.**

**No. 1995.**

Supreme Court of Alaska.

March 11, 1974.

Millard F. Ingraham and Joseph W. Sheehan, of Rice, Hoppner, Blair & Associates, Fairbanks, for appellant.

John W. Pletcher, III, of Merdes, Schaible, Staley & DeLisio, Anchorage, for appellee.

## OPINION

Before RABINOWITZ, C. J., and ERWIN, BOOCHEVER and FITZGERALD, JJ., and MOODY, Superior Court Judge.

PER CURIAM.

This case involves an appeal from a grant of summary judgment in the trial court. A review of the entire record herein discloses that the trial court was correct in granting summary judgment on the basis of the record and issues presented to it.

The judgment of the superior court is affirmed.

CONNOR, J., not participating.